UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| LETRICIA L. RIVAS<br>PLAINTIFF | § | |
| | § | CASE NO. 7:21-cv-00375 |
| V. | § | |
| DOLLAR FINANCE COMPANY<br>DEFENDANT | § | |

## GENERAL DENIAL/ORIGINAL ANSWER TO COMPLAINT

TO THE HONORABLE UNITED STATES DISTRICT COURT:

NOW COMES the Defendant in the above-entitled and numbered cause, and by and through his attorney Florencio Lopez, and files this General Denial and Original Answer to Complaint.

### GENERAL DENIAL

Defendant denies each and every allegation of Plaintiff's Complaint, and demands strict proof thereof as required by the Federal Rules of Civil Procedure.

### PRAYER

**Defendant** prays that this Honorable Court, after notice and hearing or trial, enters judgment in favor of the Defendant, awards Defendant the costs of Court, attorney fees, and such other and further relief as Defendant may be entitled to in law or equity.

WHEREFORE, PREMISES CONSIDERED, Defendant prays that this Honorable Court accept this Defendant's General Denial and Original Answer..

Respectfully Submitted,

**LAW OFFICE OF FLORENCIO LOPEZ**
801 West 20th Street, No. 9
Mission, Texas 78572
TEL (956) 393-9603
E-mail flobasi@yahoo.com

By: /s/ Florencio Lopez
    FLORENCIO LOPEZ
    TBN: 24001268

Attorney for Defendant

## CERTIFICATE OF CONFERENCE

Not Applicable

/s/ Florencio Lopez
FLORENCIO LOPEZ

## CERTIFICATE OF SERVICE

Victor T. Metroff vmetroff@sulaimaw.com

/s/ Florencio Lopez
FLORENCIO LOPEZ