United States District Court
Southern District of Texas
**ENTERED**
December 09, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| LETRICIA L. RIVAS, | § § | |
| Plaintiff, | § § | |
| VS. | § | CIVIL ACTION NO. 7:21-CV-375 |
| DOLLAR FINANCE COMPANY, | § § § | |
| Defendant. | § § | |

## ORDER TO SHOW CAUSE

On December 8, 2021, the Court held an Initial Pretrial Conference in the above-styled case. When the Court called for announcement of the parties, counsel for Defendant, Florencio Lopez, was not present. The Court hereby **ORDERS** that counsel shall appear before the Court on January 5, 2022, at 9:00 a.m. by video conference via Zoom and show cause why he should not be held in contempt for failure to appear at the hearing previously ordered by this Court. Counsel for Plaintiff need not be present at this show cause hearing.

SO ORDERED December 9, 2021, at McAllen, Texas.

_____
Randy Crane
United States District Judge