UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| LETRICIA L. RIVAS<br>PLAINTIFF | § | |
| | § | CASE NO. 7:21-cv-00375 |
| V. | § | |
| DOLLAR FINANCE COMPANY<br>DEFENDANT | § | |

## DOLLAR FINANCE COMPANY COUNTER-PETITION

TO THE HONORABLE UNITED STATES DISTRICT COURT:

NOW COMES the Defendant in the above-entitled and numbered cause, and by and through his attorney Florencio Lopez, and files this counter-petition seeking to redress harm done to Dollar Finance Company.

### NATURE OF ACTION

Dollar Finance Company in good faith and general accounting principle entered into an agreement to lend some money to Letricia L. Rivas. Please see enclosed Note and Consumer Disclosure form.

### FACTS

On or about July6, 2021, Letricia L. Rivas sought out Dollar Finance Company for a small loan since no other entity would lend her any money for reasons unknown to Dollar Finance Company. In good faith Dollar Finance lend her the money with specific terms and conditions for repayment. From the beginning Letricia Rivas had no intention to pay. This presumption is arrived by the facts that Letricia L. Rivas would not comply with the payment arrangements and would refused to communicate with Dollar Finance Company to explain any and all reasons for her nonpayment of her account and obligation with Dollar Finance company.

### DAMAGES

Leticia L. Rivas failure to abide by her obligations has caused severe economic hardship to the Dollar Finance Company by causing Dollar Finance Company to hire Counsel to defend itself from

all of the claims made against it by Letricia L. Rivas. Furtheremore, Letricia L. Rivas actions has caused a lot of emotional distress and financial hardship to the company since other clients will adapt the same actions against Dollar Finance Company and create turmoil in the everyday operations for Dollar Finance Company.

## PRAYER

Dollar Finance Company prays that this Honorable Court, after notice and hearing or trial, enters judgment in favor of the Defendant, awards Defendant the costs of Court, attorney fees, and such other and further relief as Defendant may be entitled to in law or equity.

WHEREFORE, PREMISES CONSIDERED, Defendant prays that this Honorable Court accept this pleading for Dollar Finance Company.

Respectfully Submitted,

**LAW OFFICE OF FLORENCIO LOPEZ**
801 West 20th Street, No. 9
Mission, Texas 78572
TEL (956) 393-9603
E-mail flobasi@yahoo.com

By: /s/ Florencio Lopez
FLORENCIO LOPEZ
TBN: 24001268
Attorney for Dollar Finance Company

## CERTIFICATE OF CONFERENCE

Not Applicable

/s/ Florencio Lopez
FLORENCIO LOPEZ

## CERTIFICATE OF SERVICE

Victor T. Metroff vmetroff@sulaimaw.com

/s/ Florencio Lopez
FLORENCIO LOPEZ