United States District Court
Southern District of Texas
**ENTERED**
August 30, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| LETICIA L. RIVAS, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. 7:21-CV-00375 |
| § | |
| DOLLAR FINANCE COMPANY, § | |
| § | |
| Defendant. § | |

### ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL DEFENDANT TO RESPOND TO DISCOVERY

Upon consideration of Plaintiff's Motion to Compel Defendant to Respond to Discovery, (Dkt. No. 24), which is deemed unopposed due to Defendant's failure to respond to the Motion within the time period prescribed by Local Rules 7.3 and 7.4, the Court hereby **ORDERS** that the Motion is **GRANTED**. Accordingly, the Court hereby **ORDERS** that Defendant shall respond to Plaintiff's interrogatories and requests for production within 14 days hereof, and Plaintiff shall submit a motion for attorney's fees incurred in moving to compel discovery, by September 2, 2022.

SO ORDERED August 30, 2022, at McAllen, Texas.

_Randy Crane_
Randy Crane
United States District Judge