UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| LETRICIA L. RIVAS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 7:21-CV-375 |
| | § | |
| DOLLAR FINANCE COMPANY, | § | |
| | § | |
| Defendant. | § | |

## <u>ORDER GRANTING JOINT MOTION TO APPEAR BY TELEPHONE FOR MOTIONS HEARING</u>

This matter coming before the Court on the Parties' Joint Motion to Appear by Telephone

for Motions Hearing [Dkt. No. 34], the Court having reviewed the same and being advised in the

premises, it is hereby ORDERED the Motion is GRANTED, and the parties' Counsel may

appear via telephone for the September 16, 2022, Motions Hearing.

SO ORDERED September 14, 2022, at McAllen, Texas.

Randy Crane
United States District Judge