UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| LETRICIA L. RIVAS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 7:21-CV-375 |
| | § | |
| DOLLAR FINANCE COMPANY, | § | |
| | § | |
| Defendant. | § | |

ORDER STRIKING DOCUMENT

The Clerk has noted the filing of <u>Plaintiff's Motion To Modify Scheduling Order To Extend Pretrial Deadlines and Strike Trial Related Deadlines (D.E. #33)</u>; however, it is deficient as checked. (L.R. refers to the Local Rules of this District.)

1. \_\_ Document is not signed. (L.R.11.3)

2. \_\_ Document does not comply with L.R.11.3.A

3. \_\_ Caption of the document is incomplete. (L.R.10.1)

4. \_\_\_\_ No certificate of service or explanation why service is not required. (L.R.5.3).

5. **X** Motion does not comply with L.R.7
   a. X\_\_ No statement of opposition or non-opposition. (L.R.7.1.D(2)).
   b. **X** No statement of conference between counsel. (L.R.7.1.D(1)).
   c. \_\_ No separate proposed order attached. (L.R. 7.1C)

6. \_\_ Discovery not filed. (L.R. 5.4).

The document is stricken from the record.

SO ORDERED September 14, 2022, at McAllen, Texas.

*Randy Crane*
Randy Crane
United States District Judge