United States District Court
Southern District of Texas
**ENTERED**
November 17, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| LETICIA L. RIVAS, | § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION NO. 7:21-CV-00375 |
| DOLLAR FINANCE COMPANY, | § § § | |
| Defendant. | § | |

## **MINUTE ENTRY**

The parties are directed to advise the Court, within 10 days of the date of this Minute Entry, whether the discovery responses ordered by the Court have been provided by Defendant Dollar Finance Company to Plaintiff Leticia L. Rivas. *See* (Dkt. Nos. 28, 43). If not, and in the absence of any response by Defendant to Plaintiff's Motion for Default Judgment (as a discovery sanction) within the time period prescribed by this Court, *see* (Dkt. No. 43), the Court will grant Plaintiff's Motion for Default Judgment on her claims against Defendant. Defendant's "Counter-Petition" against Plaintiff remains pending.

SO ORDERED November 17, 2022, at McAllen, Texas.

_____
Randy Crane
United States District Judge